*E-FILED 08-22-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>GARDEN OF EDEN PRODUCE, LLC, a Nevada limited liability company; JAVIER GONZALEZ, an individual; and DOES 1 through 50 inclusive,<br><br>    Defendants. | No. C11-04114 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

On August 22, 2011, plaintiff filed an *ex parte* application for a temporary restraining order. (Docket No. 3). Because plaintiff has requested immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly to reassign this case to a district court judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: August 22, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1. 5:11-cv-04114-HRL Notice has been electronically mailed to:
2. Daniel Edward Griffee    dan@johnsonmoncrief.com
3. Dennis James Lewis    dennis@johnsonmoncrief.com
4. Paul Hart    paulhart@johnsonmoncrief.com
5. Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.