**DENIED**
*[signature]*
Judge Edward J. Davila

1  Paul Hart., Esq., SBN 237766
   Daniel E. Griffee, Esq., SBN 229897
2  Dennis J. Lewis, Esq., SBN 262256
   JOHNSON & MONCRIEF, PLC
3  295 Main Street, Suite 600
   Salinas, CA 93901
4  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
5
   Attorney for Plaintiff CHURCH BROTHERS, LLC
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 CHURCH BROTHERS, LLC, a California      )   Case No. CV11-04114
   limited liability company,              )
12                                          )   [PROPOSED] ORDER GRANTING
                                            )   REQUEST TO APPEAR AT
13          Plaintiff,                      )   HEARING TELEPHONICALLY
                                            )
14 v.                                       )
                                            )
15 GARDEN OF EDEN PRODUCE, LLC, a          )   DATE:    September 8, 2011
   Nevada limited liability company; JAVIER)   TIME:    10:00 a.m.
16 GONZALEZ, an individual; and DOES 1     )   DEPT:    Courtroom 1, Fifth Floor
   through 50 inclusive.                   )
17                                          )
                                            )
18          Defendants.                     )
                                            )
19

20      Good cause appearing, Plaintiff CHURCH BROTHERS, LLC's Request to Appear at

21 Hearing Telephonically is DENIED.     Therefore, Counsel for CHURCH BROTHERS,

22 LLC may appear at the hearing on Order Granting Plaintiff's Application for Temporary

23 Restraining Order; Issuing Order to Show Cause Re: Preliminary Injunction currently scheduled

24 for September 8, 2011, at 10:00 a.m. in Courtroom 1, Fifth Floor, in person.

25 Dated: September 7, 2011                         *[signature]*
26                                                  EDWARD J. DAVILA
27                                                  JUDGE OF THE U. S. DISTRICT
                                                    COURT, NORTHERN DISTRICT
28                                                  OF CALIFORNIA


                                                              *[Proposed] Order*
                                            *Church Brothers, LLC v. Garden of Eden, et al.*
                                                         Case No. CV11-04114

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR AT HEARING TELEPHONICALLY**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

_____ **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to The Law Offices Aaron P. Johnson to the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

XX **(BY ELECTRONIC MAIL).** By transmitting a true copy thereof by electronic mail from email address Sandra@JohnsonMoncrief.com to the interested part(ies) or their attorneys(s) of record to said action at the electronic email address(es) shown below.

addressed as follows:

Javier Gonzalez
Garden of Eden Produce, LLC
9408 Calico Garden Avenue
Las Vegas, NV 89143
javierlvnv@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 6, 2011, in Salinas, California.

Sandra Lee Divens