Paul Hart., Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
Dennis J. Lewis, Esq., SBN 262256
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff CHURCH BROTHERS, LLC

DENIED

*[signature]*
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GARDEN OF EDEN PRODUCE, LLC, a Nevada limited liability company; JAVIER GONZALEZ, an individual; and DOES 1 through 50 inclusive. <br><br> Defendants. | Case No. CV11-04114 <br><br> [PROPOSED] ORDER GRANTING REQUEST TO APPEAR AT HEARING TELEPHONICALLY <br><br><br><br> DATE: September 8, 2011 <br> TIME: 10:00 a.m. <br> DEPT: Courtroom 1, Fifth Floor |

Good cause appearing, Plaintiff CHURCH BROTHERS, LLC's Request to Appear at Hearing Telephonically is DENIED. Therefore, Counsel for CHURCH BROTHERS, LLC may appear at the hearing on Order Granting Plaintiff's Application for Temporary Restraining Order; Issuing Order to Show Cause Re: Preliminary Injunction currently scheduled for September 8, 2011, at 10:00 a.m. in Courtroom 1, Fifth Floor, in person.

Dated: September 7 , 2011

*[signature]*
EDWARD J. DAVILA
JUDGE OF THE U. S. DISTRICT
COURT, NORTHERN DISTRICT
OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR AT HEARING TELEPHONICALLY**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

_____ **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to The Law Offices Aaron P. Johnson to the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

XX **(BY ELECTRONIC MAIL).** By transmitting a true copy thereof by electronic mail from email address Sandra@JohnsonMoncrief.com to the interested part(ies) or their attorneys(s) of record to said action at the electronic email address(es) shown below.

addressed as follows:

Javier Gonzalez
Garden of Eden Produce, LLC
9408 Calico Garden Avenue
Las Vegas, NV 89143
javierlvnv@yahoo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed September 6, 2011, in Salinas, California.

Sandra Lee Divens