Paul Hart., Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
Dennis J. Lewis, Esq., SBN 262256
JOHNSON, MONCRIEF & HART, PC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff CHURCH BROTHERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GARDEN OF EDEN PRODUCE, LLC, a Nevada limited liability company; JAVIER GONZALEZ, an individual; and DOES 1 through 50 inclusive. <br><br> Defendants. | Case No. CV11-04114 <br><br> [PROPOSED] ORDER ON MOTION FOR DISCLOSURE OF FINANCIAL INFORMATION <br><br> DATE: September 22, 2011 <br> TIME: 2:00 p.m. <br> DEPT: Courtroom 1, Fifth Floor |

IT IS HEREBY ORDERED that the Order Granting Plaintiff's Application for Temporary Restraining Order issued by this Court dated August 25, 2011, remains in full force and effect.

Good cause appearing, Plaintiff CHURCH BROTHERS, LLC's oral Motion for Disclosure of Financial Information of September 22, 2011, is hereby GRANTED. Therefore, all financial institutions currently doing business with Defendants GARDEN OF EDEN PRODUCE, LLC and/or JAVIER GONZALEZ are hereby ORDERED to provide information disclosing the current balance in each and every account in the name of GARDEN OF EDEN PRODUCE, LLC and/or JAVIER GONZALEZ. The written disclosure of the account balances must be provided to the

following person within 48 hours of receipt of this Order:

Daniel E. Griffee, Esq., Johnson, Moncrief & Hart, PC, 295 South Main Street, Suite 600, Salinas, California 93901, (831) 759-0900, Facsimile (831) 759-0902, dan@johnsonmoncrief.com.

IT IS SO ORDERED.

Dated: September 26, 2011

EDWARD J. DAVILA
JUDGE OF THE U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA