IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHURCH BROTHERS, LLC, | CASE NO. 5:11-cv-04114 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GARDEN OF EDEN PRODUCE, LLC, et. al., | |
| Defendant(s). | |

In light of the recent entry of default against all Defendants (see Docket Item No. 35), the court has determined that a Case Management Conference is unnecessary at this time.

Accordingly, the Case Management Conference scheduled for January 27, 2012, is **VACATED**. The court schedules a hearing on Plaintiff's anticipated motion for default judgment for **April 6, 2012, at 9:00 a.m.** Plaintiff shall file and serve the motion in a manner consistent with Civil Local Rule 7-2.

**IT IS SO ORDERED.**

Dated: January 24, 2012

EDWARD J. DAVILA
United States District Judge